# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 13MJ3638 |
| vs ) | ABSTRACT OF ORDER |
| Kevin Bollaert ) | Booking No. 45505298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **October 9, 2013** the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ **25,000 P/S** bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
- ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other _____

**NITA L. STORMES**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMKICK, JR. Clerk
by _(signature)_
Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)  ★ U.S. GPO: 1996-783-398/40151

G. PERRAULT

CLERK'S COPY